

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-17-00849-CV

**MCJAM, INC.**,
Appellant

v.

**CD AUTO SERVICE, INC.**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015-CV-04322
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice (not participating)
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On January 4, 2019, appellee filed (1) a motion for extension of time to file a motion for rehearing and (2) a motion for rehearing. The motion for extension of time to file a motion for rehearing is GRANTED. The motion for rehearing is DENIED.

It is so ORDERDED on January 25, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court